UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:     Case No.:   19-13376
JAY AUSTIN,     Chapter:   7
    Judge:   CMG

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christine M. Gravelle_____ on _____May 14, 2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:   17 N. Raleigh Rd, Brick, NJ 08723 ($290,000.00)

Liens on property:   PNC Bank Home Equity-PO Box 1397, Pittsburgh, PA 15230 ($70,766.00)
Select Portfolio Servicing-PO Box 65250, Salt Lake City, UT 84165 ($599,515.00)

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name:   Bunce D. Atkinson, Esq.
Address:   PO Box 8415, Red Bank, NJ 07701
Telephone No.:   732-530-5300

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Jay Austin  
    Debtor

Case No. 19-13376-CMG  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 11, 2019  
                  Form ID: pdf905     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2019.
```
db             +Jay Austin,    17 N. Raleigh Road,    Brick, NJ 08723-5722
518035666       First Financial Federal,    1800 Rt. 54 North,    Bldg. 3, Suite 302,    Belmar, NJ 07719
518035668      +PNC Bank Home Equity,    PO Box 1397,    Pittsburgh, PA 15230-1397
518035669      +Robin Schneider, Esq.,    30 Freneau Avenue,    Matawan, NJ 07747-3390
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:58      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ  07102-5235
518035667       E-mail/Text: cio.bncmail@irs.gov Apr 12 2019 00:09:06      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
518035670      +E-mail/Text: jennifer.chacon@spservicing.com Apr 12 2019 00:11:06
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
                                                                                              TOTAL: 4
```

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:
```
              Bunce Atkinson     on behalf of Trustee Bunce  Atkinson bunceatkinson@aol.com,  NJ09@ecfcbis.com,
               maraujo@atkinsondebartolo.org
              Bunce Atkinson     bunceatkinson@aol.com,  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org
              Rebecca Ann Solarz     on behalf of Creditor   Wells Fargo Bank, N.A., as Trustee, et al.
               rsolarz@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William A Ward     on behalf of Debtor Jay  Austin williamwardesq@earthlink.net
                                                                                             TOTAL: 5
```